UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LINET AMERICAS, INC., )<br>    Plaintiff, )<br> )<br>vs. )<br> )<br>HILL-ROM HOLDINGS, INC., et al., )<br>    Defendants. ) | No. 1:21-cv-6890 |

**REQUEST FOR THE CLERK OF COURT TO REFUND FILING FEE**

Plaintiff Linet Americas, Inc. filed its complaint in this matter on December 28, 2021. Undersigned counsel received notice that a double payment of the filing fee was processed through pay.gov. For receipt number 0752-19004292, the clerk did not receive a complaint. For receipt number 0752-19004321, the clerk did receive the complaint. Receipt number 0752-19004292 represents a duplicate payment that should be refunded.

January 10, 2022

Respectfully submitted,

SALVATORE PRESCOTT PORTER & PORTER, PLLC

By:     s/Julie B. Porter
Julie B. Porter (#6243787)
1010 Davis Street
Evanston, IL 60201
(312) 283-5711
porter@sppplaw.com

*Counsel for Plaintiff*