UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LINET AMERICAS, INC. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Civil Action No.: 1:21-cv-6890 |
| ) | |
| HILL-ROM HOLDINGS, INC.; HILL-ROM ) | |
| COMPANY, INC.; HILL-ROM SERVICES, ) | |
| INC. ) | |
| ) | |
| Defendants. ) | |

**JOINT INITIAL STATUS REPORT**

Plaintiff Linet Americas Inc. ("Linet") and Defendants Hill-Rom Holdings, Inc., Hill-Rom Company, Inc., and Hill-Rom Services, Inc. (collectively, "Hillrom") file the following Joint Initial Status Report pursuant to the Court's minute order of January 28, 2022, ECF No. 8:

**I.    NATURE OF THE CASE**

    **A.    Attorneys of Record**

*Counsel for Linet*:

Julie B. Porter
Salvatore Prescott Porter & Porter PLLC
1010 Davis Street
Evanston, IL 60201
312-283-5711
porter@sppplaw.com

Ryan P. Phair
Leslie Kostyshak
Wm. Bennett Sooy
Kelly R. Oeltjenbruns
Hunton Andrews Kurth LLP
2200 Pennsylvania Avenue, NW
Washington, D.C. 20037-1701
(202) 955-1500

*Counsel for Hillrom*:

Elizabeth P. Papez
Kristen C. Limarzi
Melanie L. Katsur
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave., NW
Washington, DC 20036
Tel: 202.955.8500
EPapez@gibsondunn.com
KLimarzi@gibsondunn.com
MKatsur@gibsondunn.com

Eric J. Stock
Ben A. Sherwood
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue

| | |
|---|---|
| rphair@hunton.com | New York, NY 10166 |
| lkostyshak@hunton.com | Tel: 212.351.4000 |
| bsooy@hunton.com | EStock@gibsondunn.com |
| koeltjenbruns@hunton.com | BSherwood@gibsondunn.com |

Caeli A. Higney
Julian W. Kleinbrodt
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
Tel: 415.393.8200
CHigney@gibsondunn.com
JKleinbrodt@gibsondunn.com

**B.    Nature of the Claims**

Linet alleges that Hillrom has unlawfully monopolized and/or attempted to monopolize the United States markets for standard hospital beds, ICU beds, and birthing beds in violation of Section 2 of the Sherman Act; entered exclusionary contracts in violation of Section 1 of the Sherman Act and Section 3 of the Clayton Act; and violated Illinois antitrust and consumer protection law. There are no counterclaims or third party claims at this time.

**C.    Major Factual and Legal Issues**

The key factual issues include the proper definition of any relevant antitrust markets, whether there are barriers to entry in any such relevant markets, whether Hillrom has market power therein, the type and nature of Hillrom's contracts with hospital systems and hospitals, whether Hillrom engaged in the conduct alleged, and whether any losses that Linet sustained were caused by the challenged conduct or instead the result of superior competitive offerings from Hillrom. The key legal issues include whether Hillrom's contracts with hospital systems and hospitals substantially foreclosed competition in the relevant markets, whether those contracts are procompetitive and/or justified by valid business rationales, an examination of the actual competitive effects of Hillrom's agreements and other conduct in the relevant markets, whether

Linet's claims are barred by applicable statute of limitations, and whether Linet's allegations of false statements or deception are adequately pled or otherwise actionable.

    **D.**    **Relief Sought**

Linet seeks injunctive relief against Hillrom's anticompetitive conduct, damages, punitive and treble damages, pre- and post-judgment interest, disgorgement, and costs. Hillrom seeks judgment in its favor on all issues.

**II.**    **JURISDICTION**

    **A.**    **Basis for Jurisdiction**

This action arises under the federal antitrust statutes, including Sections 1 and 2 of the Sherman Act, 15 U.S.C. §§ 1-2, and Section 3 of the Clayton Act, 15 U.S.C. §14. This court has subject matter jurisdiction pursuant to Section 4(a) of the Clayton Act, 15 U.S.C. § 15(a), and 28 U.S.C. §§ 1331 and 1337.

    **B.**    **Diversity and Supplemental Jurisdiction**

This Court also has diversity jurisdiction pursuant to 28 U.S.C. § 1332. The amount in controversy exceeds $75,000. This is not in dispute. Linet Americas, Inc. is a corporation organized under the laws of North Carolina with its principal place of business in North Carolina. Defendants Hill-Rom Holdings, Inc., Hill-Rom Company, Inc., Hill-Rom Services, Inc. are corporations formed and existing under the laws of the State of Indiana, with principal places of business in Illinois. In addition, this Court has supplemental jurisdiction over Illinois state law claims pursuant to 28 U.S.C. § 1367(a).

**III.**    **STATUS OF SERVICE**

Hillrom agreed to waive service on February 2, 2022.

**IV.**    **CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE**

Counsel have advised their respective clients that they may proceed before a Magistrate Judge. The parties do not unanimously consent to proceed before a Magistrate Judge.

**V.    MOTIONS**

    **A.    Pending Motions**

There are no pending motions.

    **B.    Defendant's Response**

Hillrom filed an Answer on January 28, 2022.

**VI.    STATUS OF SETTLEMENT DISCUSSIONS**

No settlement discussions have occurred. The parties are not currently engaged in settlement discussions, but do not foreclose the possibility of such discussions as the case progresses. The parties do not request a settlement conference at this time.

Respectfully submitted,

/s/ Julie Porter
Julie B. Porter (#6243787)
SALVATORE PRESCOTT PORTER &
PORTER, PLLC
1010 Davis Street
Evanston, Illinois 60201
(312) 283-5711
porter@sppplaw.com

Ryan P. Phair (#479050)
Leslie Kostyshak (*pro hac vice forthcoming*)
Wm. Bennett Sooy (*pro hac vice*)
Kelly R. Oeltjenbruns (*pro hac vice*)
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, NW
Washington, D.C. 20037-1701
(202) 955-1500
rphair@hunton.com
lkostyshak@hunton.com
bsooy@hunton.com
koeltjenbruns@hunton.com

*Attorneys for Linet Americas, Inc.*

/s/ Elizabeth Papez
Elizabeth P. Papez
Kristen C. Limarzi (*pro hac vice*)
Melanie L. Katsur (*pro hac vice forthcoming*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave., NW
Washington, DC 20036
Tel: 202.955.8500
Email: EPapez@gibsondunn.com
KLimarzi@gibsondunn.com
MKatsur@gibsondunn.com

Eric J. Stock (*pro hac vice*)
Ben A. Sherwood (*pro hac vice forthcoming*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Tel: 212.351.4000
Email: EStock@gibsondunn.com
BSherwood@gibsondunn.com

Caeli A. Higney (*pro hac vice*)
Julian W. Kleinbrodt (*pro hac vice forthcoming*)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
Tel: 415.393.8200
Email: CHigney@gibsondunn.com
JKleinbrodt@gibsondunn.com

*Attorneys for Defendants Hill-Rom Holdings, Inc., Hill-Rom Company, Inc., and Hill-Rom Services, Inc.*

Dated: February 2, 2022