UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LINET AMERICAS, INC., <br><br> Plaintiff, <br><br> v. <br><br> HILL-ROM HOLDINGS, INC.; HILL-ROM COMPANY, INC.; HILL-ROM SERVICES, INC., <br><br> Defendants. | Case No. 21 Civ. 6890 <br><br> Hon. Martha M. Pacold <br><br> Hon. Jeffrey T. Gilbert |

**HILLROM DEFENDANTS'**
**RULE 12(c) MOTION FOR JUDGMENT ON THE PLEADINGS**

Pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, Defendants Hill-Rom Holdings, Inc., Hill-Rom Company, Inc., and Hill-Rom Services, Inc., (collectively "Hillrom"), respectfully move this Court to dismiss with prejudice Plaintiff Linet Americas, Inc.'s ("Linet's") claim that the applicable statute of limitations is tolled by the doctrines of fraudulent concealment and/or equitable estoppel. *See* Compl. ¶¶ 386–96.

In support of this Motion, Hillrom submits a Memorandum in Support of Hillrom Defendants' 12(c) Motion for Judgment on the Pleadings, and states as follows:

1.  Linet's tolling claims are inadequately pled because Linet fails to allege sufficient facts about when it discovered the conduct giving rise to this suit, and also fails to allege fraudulent concealment with the particularity required by Federal Rule of Civil Procedure 9(b).

2.  It would be futile for Linet to try to amend the complaint to address the foregoing pleading defects, and the Court should therefore enter judgment for Hillrom on these claims under Rule 12(c), because the remaining allegations in Linet's complaint foreclose tolling as a matter of law. Notably, the complaint alleges public disclosure of conduct that, by Linet's own account,

1

would have given Linet actual or constructive notice of the factual basis for this suit as early as 2014, and certainly more than four years before Linet filed its complaint in December 2021. Accordingly, Linet's own allegations foreclose any plausible tolling claim as a matter of law.

Pursuant to this Court's Motion Procedures,[1] Hillrom has conferred with Linet's counsel and understands that this Motion will be opposed. Accordingly, the parties have proposed the following briefing schedule, *see also* Joint Submission Regarding Proposed Scheduling Order, ECF 31 (May 17, 2022):

| Event | Deadline |
| --- | --- |
| Hillrom's Rule 12(c) Motion for Judgment on the Pleadings | May 27, 2022 |
| Linet's Opposition to Rule 12(c) Motion for Judgment on the Pleadings | June 27, 2022 |
| Hillrom's Reply re Motion for Judgment on the Pleadings | July 18, 2022 |

WHEREFORE, Hillrom respectfully requests that this Court enter judgment pursuant to Federal Rule of Civil Procedure 12(c) in favor of Hillrom on Linet's claims that the statute of limitations applicable to this case is tolled on account of fraudulent concealment and/or equitable estoppel, and grant such further relief as the Court deems just and proper.

---

[1] *See* Motion Procedures, United States District Court for the Northern District of Illinois, https://www.ilnd.uscourts.gov/judge-info.aspx?tdDC7jWNEcPS6Px28PZuWg== (last visited May 27, 2022).

Dated: May 27, 2022

GIBSON, DUNN & CRUTCHER LLP

*/s/ Elizabeth P. Papez*

Elizabeth P. Papez
Kristen C. Limarzi (*pro hac vice*)
Melanie L. Katsur (*pro hac vice* pending)
Harry R. S. Phillips (*pro hac vice* pending)
1050 Connecticut Ave., NW
Washington, DC 20036
Tel: 202.955.8500
Email: EPapez@gibsondunn.com
KLimarzi@gibsondunn.com
MKatsur@gibsondunn.com
HPhillips2@gibsondunn.com

Eric J. Stock (*pro hac vice*)
Ben A. Sherwood (*pro hac vice* pending)
200 Park Avenue
New York, NY 10166
Tel: 212.351.4000
Email: EStock@gibsondunn.com
BSherwood@gibsondunn.com

Caeli A. Higney (*pro hac vice*)
Julian W. Kleinbrodt (*pro hac vice* pending)
555 Mission Street, Suite 3000
San Francisco, CA 94105
Tel: 415.393.8200
Email: CHigney@gibsondunn.com
JKleinbrodt@gibsondunn.com

A&G LAW LLC

Robert M. Andalman
542 South Dearborn Street
10th Floor
Chicago, IL 60605
Tel: 312.341.3900
Email: RAndalman@AandGlaw.com

*Attorneys for Defendants Hill-Rom Holdings, Inc., Hill-Rom Company, Inc., and Hill-Rom Services, Inc.*