UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LINET AMERICAS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:21-cv-06890 |
| HILL-ROM HOLDINGS, INC.; HILL-ROM COMPANY, INC.; HILL-ROM SERVICES, INC., | ) ) ) |
| Defendants. | ) ) |

## SCHEDULING ORDER NO. 4

The Court hereby enters this Scheduling Order No. 4.

| Event | Deadline |
|---|---|
| Deadline by Which Parties Must Confer Regarding Third Party Discovery | May 3, 2024 |
| Date by Which Parties Must Respond to Document Requests | 30 days after service (in accordance with Federal Rule of Civil Procedure 34(b)(2)(A)) |
| Date by Which Producing Party Must Propose Custodians and Non-Custodial Document Sources | 14 days after serving responses and objections |
| Date by Which Producing Party Must Propose Search Terms in Response to Document Requests | 21 days after serving responses and objections |
| Date by Which Requesting Party Must Propose Additional Custodians and Non-Custodial Document Sources | 14 days after Producing Party proposes custodians, non-custodial sources |
| Date by Which Requesting Party Must Propose any Additional Search Terms | 14 days after Producing Party proposes search terms |

| Event | Deadline |
|---|---|
| Deadline to Identify Areas of Agreement Regarding Custodians, Search Terms, Non-Custodial Sources, and Responses and Objections to Rule 34 Requests | 14 days after Requesting Party proposes additional search terms |
| Last Day for Requesting Party to File Initial Motion to Compel (not to exceed 10 pages) on Disputes Regarding Custodians, Search Terms, Non-Custodial Sources, and Responses and Objections to Rule 34 Requests[1] | 14 days after deadline to identify areas of agreement for custodians, non-custodial sources, and search terms |
| Producing Party to File Response to Initial Motion to Compel (not to exceed 10 pages) | 14 days after motion to compel on disputes regarding custodians, search terms, non-custodial sources, and responses and objections to Rule 34 requests filed |
| Requesting Party to File Reply in Support of Initial Motion to Compel (not to exceed 5 pages) | 7 days after response to motion to compel motion to compel on disputes regarding custodians, search terms, non-custodial sources, and responses and objections to Rule 34 requests filed |
| Last Day for Commencement of Rolling Production of Documents | 30 days after agreement on any custodians, non-custodial sources, and search terms for any RFPs, and 30 days after court order on disputed custodians, non-custodial sources, search terms, or Rule 34 objections |
| Deadline for Document Requests to Third Parties | June 17, 2024 |
| Deadline for Supplemental Document Requests to Parties | August 5, 2024[2] |
| Substantial Completion of Party Document Discovery | October 4, 2024 |

---

[1] The deadlines and page limits listed in this Order do not apply to letter briefs or motions addressing production deficiencies, privilege challenges, and related disputes under Federal Rules of Civil Procedure 26, 34(b)(2)(E), and 37.

[2] The deadlines in this Order presumptively apply to non-Phase 1 Time Period document requests. *See* Dkt. 87. Service of any additional Phase 1 document requests to parties requires leave of Court for good cause shown.

| Event | Deadline |
|---|---|
| Deadline for Amending Complaint[3] | November 18, 2024 |
| Deadline for Other Written Discovery Requests to Parties, Excepting Contention Interrogatories | January 21, 2025 |
| Completion of Fact Discovery | April 18, 2025 |
| Opening Expert Reports Due | July 17, 2025 |
| Responsive Expert Reports Due | September 15, 2025 |
| Rebuttal Expert Reports (if any) Due | October 19, 2025 |
| Completion of Expert Discovery | November 17, 2025 |
| Daubert Motions Due | TBD |
| Daubert Responses Due | TBD |
| Daubert Replies Due | TBD |
| Deadline for Summary Judgment Motions (without prejudice to earlier filings)[4] | TBD |
| Summary Judgment Responses | TBD |
| Summary Judgment Replies | TBD |
| Trial | TBD |

**SO ORDERED.**

Dated: May 2, 2024

HON. JEFFREY T. GILBERT
U.S. MAGISTRATE JUDGE

---

[3] The inclusion of this proposed deadline does not waive or otherwise prejudice Hillrom's right to object to any amendment of the operative complaint, including the right to oppose leave to amend under Federal Rule of Civil Procedure 15(a)(2).

[4] The inclusion of reference to "earlier" motions for summary judgment does not waive or otherwise prejudice Linet's right to object to the filing, briefing, consideration, or disposition of a motion for summary judgment filed prior to the Completion of Expert Discovery, pursuant to Federal Rule of Civil Procedure 56(d) or otherwise.