# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Linet Americas, Inc.
                                       Plaintiff,

v.                                                     Case No.: 1:21−cv−06890
                                                          Honorable Jeremy C. Daniel

Hill−Rom Holdings, Inc., et al.
                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 14, 2024:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Defendants' Motion for Leave to File Under Seal Portions of Hillrom's Memorandum of Law in Support of Its Motion to Compel and Supporting Documents [169] is granted. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.