# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Linet Americas, Inc.

Plaintiff,

v.

Hill–Rom Holdings, Inc., et al.

Defendant.

Case No.: 1:21–cv–06890

Honorable Jeremy C. Daniel

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 19, 2024:

MINUTE entry before the Honorable Jeremy C. Daniel: Motion for Leave to File Under Seal Portions of Hillrom Defendants' Rule 72 Objections to the July 15, 2024 Order [264] is granted. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.