**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| LINET AMERICAS, INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> HILL-ROM HOLDINGS, INC.; HILL-ROM ) <br> COMPANY, INC.; HILL-ROM SERVICES, INC., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No.: 1:21-cv-06890 <br><br> District Judge Jeremy C. Daniel <br> Magistrate Judge Jeffrey T. Gilbert |

**MOTION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF LINET'S REPLY IN SUPPORT OF ITS MOTION FOR A PROTECTIVE ORDER AND SUPPORTING DOCUMENTS**

Plaintiff Linet Americas, Inc. ("Linet") hereby respectfully moves for leave to file portions of its Reply in Support of its Motion for a Protective Order (the "Reply") and Exhibits A and B (the "Exhibits") to the Declaration of Christopher C. Brewer under seal pursuant to Federal Rule of Civil Procedure 26(b)(5)(B) and Local Rule 26.2.

In support of this motion, Linet states as follows:

1. Pursuant to Local Rule 26.2(c), "any party wishing to file a document or portion of a document electronically under seal in connection with a motion, brief or other submission must: (1) provisionally file the document electronically under seal; (2) file electronically at the same time a public-record version of the brief, motion, or other submission with only the sealed document excluded; and (3) move the court for leave to file the document under seal."

2. On September 4, 2024, Linet filed provisionally under seal portions of its Reply and its accompanying Exhibits. The Reply and Exhibits discuss or reflect certain documents and/or information that Linet has designated as Confidential or Highly Confidential pursuant to the Protective Order in this Case, Dkt. No. 48.

3. Courts may seal whole documents, or parts thereof, for "good cause." *Citizens First Nat'l Bank of Princeton v. Cincinnati Ins. Co.*, 178 F.3d 943, 945 (7th Cir. 1999); Local Rule 26.2(b). Here, the Reply and Exhibits discuss or reflect certain documents and/or information that Linet has designated as Confidential or Highly Confidential pursuant to the Protective Order in this Case, Dkt. No. 48. The inclusion of such information in the Reply and Exhibits gives good cause to file those documents under seal.

4. Contemporaneously with this filing, Linet will file a public record version of the Reply and Exhibits with references to Confidential or Highly Confidential information redacted. The under seal version of the Reply includes highlight over the text that will be redacted from the public record versions.

WHEREFORE, Linet respectfully requests the Court enter an order granting it leave to file portions of the Reply and Exhibits under seal.

Dated: September 4, 2024

Respectfully submitted,

 /s/ Christopher C. Brewer
Ryan P. Phair (#479050)
Christopher C. Brewer (*pro hac vice*)
Samuel J. Thomas (*pro hac vice*)
Noreen M. Verini (*pro hac vice*)
PAUL HASTINGS LLP
2050 M Street, N.W.
Washington, DC 20036
Tel. (202) 551-1700
Email: ryanphair@paulhastings.com
chrisbrewer@paulhastings.com
samthomas@paulhastings.com
noreenverini@paulhastings.com

Julie B. Porter (#6243787)
SALVATORE PRESCOTT PORTER &
PORTER, PLLC
1010 Davis Street

                Evanston, Illinois 60201
                Tel: (312) 283-5711
                Email: porter@spplaw.com

*Attorneys for Plaintiff Linet Americas, Inc.*