# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Linet Americas, Inc.

                        Plaintiff,

v.                                                        Case No.: 1:21−cv−06890
                                                            Honorable Jeremy C. Daniel

Hill−Rom Holdings, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 5, 2024:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Plaintiff's Motion for
Leave to File Under Seal Portions of Linet's Reply in Support of its Motion for a
Protective Order and Supporting Documents [273] is granted. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.